**827-15**

# ELECTRONIC RECORD

COA # 14-14-00091-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Adrian Francisco Miranda v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 185th District Court

DATE: April 23, 2015    Publish: No

TC CASE #:1400039

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Adrian Francisco Miranda v The State of Texas

CCA # _____

_____ APPELLANT'S    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: Sept. 16, 2015_____

JUDGE: PC; Newell J. not
                        participating

CCA Disposition: **827-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**